IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JEFFREY SHIMONEK,              )
                              )
            Plaintiff,        )          8:04CV297
                              )
       v.                     )
                              )
WERNER ENTERPRISES, INC.,     )             ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to withdraw motion for new trial with prejudice (Filing No. 70). The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion to withdraw motion for new trial with prejudice is granted; said motion (Filing No. 66) is deemed withdrawn.

DATED this 15th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court